IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CV-303-FL

| | |
|---|---|
| AGUSTINA VELAZQUEZ; OMAR SEGUNDO-URBINA a/k/a Roberto Carlos De Leon Ramos; MOISES SEGUNDO-URBINA a/k/a Manuel Lopez; and LUIS FERNANDO-VELAZQUEZ a/k/a Alfonso Reynoso Gonzalez,<br><br>        Plaintiffs,<br><br>   v.<br><br>BURCH EQUIPMENT, L.L.C.; BURCH FARMS, L.L.C.; JAMES PAUL BURCH, Manager of both Burch Equipment, L.L.C. and Burch Farms, L.L.C.; William E. Burch, Manager of Burch Equipment, L.L.C.; FRANCIS T. BURCH, Manager of Burch Equipment, L.L.C.; and TERESA BURCH, Member of Burch Farms, L.L.C.,<br><br>        Defendants. | ORDER |

The court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated within forty-five (45) days hereof. **The parties are directed to file their Stipulation of Dismissal With Prejudice on or before February 8, 2016.**

As there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, this case is removed from the active docket.

SO ORDERED, this 23rd day of December, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge